■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEROY WAITERS, JR., Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. — Same decision as in *People ex rel. Waiters* v. *Mancusi* (26 A D 2d 904), decided herewith. (Appeal from order of Wyoming County Court dismissing writ of habeas corpus.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.